# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal No. MJM-21-0298 |
| **OSMAN MALIK SESAY,** | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PROPOSED VERDICT FORM

**Count 1: Conspiracy to Distribute and Possess with Intent to a Controlled Substance**

1.	As to **Count 1**, Conspiracy to Distribute and Possess with Intent to a Controlled Substance, how do you find the defendant, Osman Malik Sesay?

	Not Guilty_____		Guilty_____

**Count 2: Maintaining a Drug Involved Premise**

2.	As to **Count 2**, Maintaining a Drug Involved Premise, how did you find the defendant, Osman Malik Sesay?

	Not Guilty_____		Guilty_____

*If your answer to either Question 1 or Question 2 is "Guilty," then proceed to answer Question 3. If your answers to both Question 1 and Question 2 are "Not Guilty," then do not answer Question 3 and proceed directly to Question 4.*

**Count 3: Possession of a Firearm in Furtherance of a Drug Trafficking Crime**

3.	As to **Count 3**, Possession of a Firearm in Furtherance of a Drug Trafficking Crime on or about April 29, 2021, how do you find the defendant, Osman Malik Sesay?

	Not Guilty_____		Guilty_____

**Count 4:  Possession of a Firearm and Ammunition by a Prohibited Person**

4.      As to **Count 4**, Possession of a Firearm and Ammunition by a Prohibited Person on or about April 29, 2021, how do you find the defendant, Osman Malik Sesay?

         Not Guilty_____            Guilty_____

**Count 5:  Possession with Intent to Distribute a Controlled Substance**

5.      As to **Count 5**, Possession with Intent to Distribute a Controlled Substance on or about July 16,2021, how do you find the defendant, Osman Malik Sesay?

         Not Guilty_____            Guilty_____

*If your answer to either Question 1 or Question 5 is "Guilty," then proceed to answer Question 6.  If your answers to both Question 1 and Question 5 are "Not Guilty," then do not answer Question 6 and proceed directly to Question 9.*

**Count 6: Possession of a Firearm in Furtherance of a Drug Trafficking Crime**

6.      As to **Count 6**, Possession of a Firearm in Furtherance of a Drug Trafficking Crime on July 16, 2021, how do you find the defendant, Osman Malik Sesay?

         Not Guilty_____            Guilty_____

*If your answer to Question 6 is "Guilty," then proceed to answer Questions 7, 8, and 9.  If your answer to Question 6 is "Not Guilty," then do not answer Questions 7, 8, and 9 and proceed directly to Question 10.*

7.      Do you find that the defendant, Osman Malik Sesay, possessed the Glock model 23, .40 S&W caliber firearm with an alleged machinegun conversion device in furtherance of a drug trafficking crime?

         No_____            Yes_____

8.      Do you find that the Glock model 23, .40 S&W caliber firearm with an alleged machinegun conversion device attached was a machinegun?

         No_____            Yes_____

2

9.   Do you find that the defendant, Osman Malik Sesay, knew the Glock model 23, .40 S&W caliber firearm with an alleged machinegun conversion device attached was a machinegun?

        No_____    Yes_____

**Count 7:  Possession of a Firearm and Ammunition by a Prohibited Person**

10.   As to **Count 7**, Possession of a Firearm and Ammunition by a Prohibited Person on July 16, 2021, how do you find the defendant, Osman Malik Sesay?

        Not Guilty_____    Guilty_____

THE FOREGOING CONSTITUTES THE UNANIMOUS VERDICT OF THE JURY.

_____    _____
DATE:    FOREPERSON