Case # 1:21-CR-00298-MJM

FILED ___ ENTERED
LOGGED ___ RECEIVED
MAY 9 2025
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In The United States District Court For The District of Maryland

United States of America     Criminal NO. MJM-21-298

v.s     NOTICE OF APPEAL

Osman Malik Sesay

Comes now the defendant, Osman Malik Sesay, pro se and hearby gives notice of appeal from the judgement and sentence imposed by this court on May 5th 2025

*Osman Sesay*
Osman Malik Sesay

Copy mailed the 5th day of May 2025 to each of the following

U.S Attorney of the District of Greenbelt
6406 Ivy Lane Suite 800, Greenbelt MD 20770

US Attorney of the District of Baltimore
36. S. Charles St 4th Floor Baltimore MD 21201

Assistant Federal Public Defenders Office
106 S. Charles St Tower II, 9th Floor Baltimore, MD 21201

Honorable Judge Matthew J Maddox
101 W Lombard St Baltimore MD 21201